1

2

3

4

5

6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

11

| | | |
|---|---|---|
| 12 CONNECTU LLC, | ) | Case No.: C 07-80055 RMW (PVT) |
| 13            Plaintiff, | ) ) | MA.D. Case No. 1:04-cv-11923 |
| 14      v. | ) ) | **ORDER REFERRING CASES TO DISTRICT JUDGE RONALD M.** |
| 15 MARK ZUCKERBERG, ET AL., | ) ) | **WHYTE FOR RELATED CASE CONSIDERATION** |
| 16            Defendants. | ) | |
| 17 _____ | ) | |

18      It has come to the court's attention that Plaintiff has filed four miscellaneous cases seeking to

19  compel non-parties to comply with subpoenas issued in this District in connection with a single case

20  pending in the District of Massachusetts. *See* CIVIL L.R. 3-12(c).  Therefore,

21      This case is HEREBY REFERRED to District Judge Ronald M. Whyte with a request that he

22  consider whether the following four cases are related:

23      *ConnectU LLC v. Zuckerberg, et al.*, 3:07-mc-80056 MJJ

24      *ConnectU LLC v. Zuckerberg, et al.*, 5:07-mc-80055 RMW

25      *ConnectU LLC v. Zuckerberg, et al.*, 5:07-mc-80057 RMW

26      *ConnectU LLC v. Zuckerberg, et al.*, 5:07-mc-80058 RMW

Dated: *2/22/07*

27

28  PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1    copies mailed on                    to:

2    Meredith Hope Schoenfeld, Esq.
     Finnegan Henderson Farabow
3       Garrett & Dunner, LLP
     901 New York Avenue, N.W.
4    Washington, DC 20001

5

6                                                  _____
                                                   CORINNE LEW
7                                                  Courtroom Deputy

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28