UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONNECTU LLC, | Case No.: C 07-80055 RMW (PVT) |
| Plaintiff, | MA.D. Case No. 1:04-cv-11923 |
| v. | **ORDER OF RECUSAL** |
| MARK ZUCKERBERG, ET AL., | |
| Defendants. | |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of Court shall randomly reassign this case to another referral Magistrate Judge. Once a new referral Magistrate Judge is assigned, Plaintiff shall promptly electronically file[1] an amended notice of motion setting its motion to compel on that Magistrate Judge's calendar.

Dated: *3/6/07*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The court notes that Plaintiff's counsel has not yet signed up for the court's electronic filing system. The court is sending a hard copy of this order to Plaintiff's counsel as a courtesy at this time. Counsel is cautioned, however, that failure to sign up for the court's electronic filing system may result in counsel not receiving notice of filings by the court and the other parties.

ORDER, *page 1*

1 | copies mailed on _____ to:

2 | Meredith Hope Schoenfeld, Esq.
Finnegan Henderson Farabow
3 |   Garrett & Dunner, LLP
901 New York Avenue, N.W.
4 | Washington, DC 20001

5

6                                   CORINNE LEW
                                  Courtroom Deputy

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*